IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE L. MAYES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-21-142-C |
| ) | |
| MIKE HUNTER, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on April 2, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation (Dkt. No. 9) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 4th day of May 2021.

ROBIN J. CAUTHRON
United States District Judge